# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT JOHNSON

NO. 2019 KW 1524

⌐JAN 1 6 2020

---

In Re:    Robert Johnson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 770,233.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT